IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01444-REB-MJW

GUADALUPE SANCHEZ, et al.,

Plaintiff(s),

v.

SCOTT MURPHY, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Protective Order, DN 21, filed with the Court on December 30, 2009, is GRANTED and the Stipulated Protective Order is approved as an order of the Court.

Date: January 5, 2009