## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 08-cv-01444-REB-MJW

GUADALUPE SANCHEZ, Mother of
JEREMY TARANGO, a minor,

    Plaintiff,

v.

SCOTT MURPHY, in his individual and official capacity,
DENVER POLICE DEPARTMENT, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER DISMISSING DEFENDANTS
## DENVER POLICE DEPARTMENT AND CITY AND COUNTY OF DENVER

**Blackburn, J.**

The matter before me is **Plaintiffs' Unopposed Motion To Dismiss Defendants Denver Police Department and City and County of Denver** [#26] filed June 17, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiffs' claims against defendants Denver Police Department and City and County of Denver should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiffs' Unopposed Motion To Dismiss Defendants Denver Police Department and City and County of Denver** [#26] filed June 17, 2009, is **GRANTED**;

    2. That plaintiffs' claims against defendants Denver Police Department and City and County of Denver are **DISMISSED WITH PREJUDICE**; and

2

3.  That defendants Denver Police Department and City and County of Denver are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated June 17, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge