**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01444-REB-MJW

GUADALUPE SANCHEZ, Mother of
JEREMY TARANGO, a minor,

    Plaintiff,

v.

SCOTT E. MURPHY, in his individual and official capacity,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Plaintiffs' Unopposed Motion To Dismiss Defendant Scott E. Murphy** [#27] filed June 17, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be closed.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Unopposed Motion To Dismiss Defendant Scott E. Murphy** [#27] filed June 17, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for October 6, 2009, is **VACATED**;

3. That the jury trial set to commence November 2, 2009, is **VACATED**;

4. That plaintiffs' claims against defendant Scott E. Murphy are **DISMISSED WITH PREJUDICE**; and

5.  That this action is **CLOSED**.[1]

Dated June 17, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge

---

[1] All other claims against all other defendants were resolved in my contemporaneous **Order Dismissing Defendants Denver Police Department And City And County of Denver** [#28] entered June 17, 2009.